UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   JEFFREY S HOWERTON | CASE NO: 05-46453<br>         (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004737**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 16 | FLAGSTAR BANK<br>BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI  48098 | 507.44 |
| 2/ 7 | FLAGSTAR BANK<br>BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI  48098 | 318.14 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/9/2010

Certificate of Service          05-46453

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JEFFREY S HOWERTON
607 MARYLAND AVENUE
DAYTON, OH  45404

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(18.1n)
CHRISTOPHER P KENNEDY
24755 CHAGRIN BLVD
SUITE 200
CLEVELAND, OH  44122

(7.1)
FLAGSTAR BANK
BANKRUPTCY DEPT
5151 CORPORATE DR
TROY, MI  48098

(15.1n)
FLAGSTAR BANK,FSB
MCCALLA,RAYMER BANKRUP DEP
1544 OLD ALABAMA RD
ROSWEL, GA  30076

(11.1n)
GREGORY A STOUT
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(14.1n)
MCCALLA RAYMER
BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(7.3)
MCCALLA RAYMER LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(17.1n)
NATION STAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(19.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner          bl